**Paul LOVE, Appellant,**

v.

**CURATORS OF the UNIVERSITY OF MISSOURI; BTi Employee Screening Services; Bill Mitchell, Appellees.**

No. 06–1816.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 5, 2007.

Filed: Aug. 3, 2007.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Paul Love, Columbia, MO, pro se.

Phillip J. Hoskins, University of Missouri General Counsel's Office, Columbia, MO, W. Robert King, Couch & Pierce, Overland Park, KS, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Paul Love appeals the district court's [1] order dismissing his action based on the court's determination that the parties had reached a settlement agreement. Having carefully reviewed the record, we agree with the district court that the parties reached a settlement agreement at their August 23, 2005 meeting, and that the terms of the agreement are embodied in the transcript of the meeting. *See Chaganti & Assocs., P.C. v. Nowotny*, 470 F.3d 1215, 1221 (8th Cir.2006) (appeals court reviews for clear error district court's finding that settlement agreement existed), *cert. denied*, —— U.S. ——, 127 S.Ct. 2977, —— L.Ed.2d —— (2007) (No. 06–1377). In addition, we find nothing in the record to support Love's unsubstantiated claim that he was coerced into the agreement.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.